# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA  ☐ RS  ☐ SA    DATE FILED: 10/2/2023 |
| v. | CASE NUMBER: 2:21-cr-00043-AB    ☐ Under Seal |
| Emilio Vargas-Gallegos | INIT. APP. DATE: 11/2/2023    TIME: 1:30 PM |
| | CHARGING DOC: PO Warrant |
| | DEFENDANT STATUS: In Custody |
| DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | VIOLATION: 18:3583 |
| | COURTSMART/REPORTER: CS 11/02/23 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** ~~Patricia Donahue~~ Steve Kim

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: ~~Isabel Verduzco~~ Connie Chung / ~~Cai, Haoxiaohan~~ Danbee Kim / N/A
Deputy Clerk / Assistant U.S. Attorney / Interpreter / Language

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☑ Attorney: Jordan, Annick    ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order)  ☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☑ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED ☐ DENIED
☑ Preliminary Hearing waived.    ☐ Class B Misdemeanor    ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☑ PO/PSA WARRANT    ☑ Counsel are directed to contact the clerk for District Judge Birotte for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at _____ in Los Angeles
☐ Post-Indictment Arraignment set for: _____ at _____ in Los Angeles
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights.  ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
Proceedings will be held in the ☐ Duty Courtroom ☐ Judge's Courtroom
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Release Order issued (if issued using Release Book: Release Order No. _____).
☐ Other:

RECEIVED: ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10    ☐ READY

Deputy Clerk Initials: CC : 11